**Amy Warr**
awarr@adjtlaw.com
(512) 482-9312
*Board Certified Civil*
*Appellate Law*



**ALEXANDER DUBOSE JEFFERSON**
Appellate Counsel

ACCEPTED
15-24-00114-CV
100 Congress Avenue, Suite 1450
FIFTEENTH COURT OF APPEALS
Austin, Texas 78701
AUSTIN, TEXAS
www.adjtlaw.com
8/13/2025 4:08 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

8/13/2025 4:08:49 PM
CHRISTOPHER A. PRINE
Clerk

August 13, 2025

Mr. Christopher Prine
Clerk of Court
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re: Case No. 15-24-00114-CV; *Cecile Erwin Young, in her Official Capacity as the Executive Commissioner of the Texas Health and Human Services Commission; Molina Healthcare of Texas, Inc.; and Aetna Better Health of Texas, Inc. v. Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company*

Dear Mr. Prine:

Please add Anna Baker (abaker@adjtlaw.com) and Matthew Gordon (mgordon@perkinscoie.com) to the case event emails distributed by your office in the above-referenced matter. Ms. Baker and Mr. Gordon represent Cook Children's Health Plan.

Thank you for your attention to this request.

Very truly yours,

Amy Warr

cc: All Parties of Record (via efile)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stacey Jett on behalf of Amy Warr
Bar No. 795708
sjett@adjtlaw.com
Envelope ID: 104343225
Filing Code Description: Letter
Filing Description: Letter to Clerk
Status as of 8/13/2025 4:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 8/13/2025 4:08:49 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 8/13/2025 4:08:49 PM | SENT |
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 8/13/2025 4:08:49 PM | SENT |
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Robert Johnson | 10786400 | rjohnson@foley.com | 8/13/2025 4:08:49 PM | SENT |
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 8/13/2025 4:08:49 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 8/13/2025 4:08:49 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 8/13/2025 4:08:49 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 8/13/2025 4:08:49 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 8/13/2025 4:08:49 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 8/13/2025 4:08:49 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 8/13/2025 4:08:49 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 8/13/2025 4:08:49 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 8/13/2025 4:08:49 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stacey Jett on behalf of Amy Warr
Bar No. 795708
sjett@adjtlaw.com
Envelope ID: 104343225
Filing Code Description: Letter
Filing Description: Letter to Clerk
Status as of 8/13/2025 4:14 PM CST

Case Contacts

| Name | | Email | Date | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 8/13/2025 4:08:49 PM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 8/13/2025 4:08:49 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 8/13/2025 4:08:49 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 8/13/2025 4:08:49 PM | SENT |
| David Johns | | david@cobbjohns.com | 8/13/2025 4:08:49 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 8/13/2025 4:08:49 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 8/13/2025 4:08:49 PM | ERROR |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 8/13/2025 4:08:49 PM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 8/13/2025 4:08:49 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 8/13/2025 4:08:49 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 8/13/2025 4:08:49 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 8/13/2025 4:08:49 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 8/13/2025 4:08:49 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 8/13/2025 4:08:49 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 8/13/2025 4:08:49 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 8/13/2025 4:08:49 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 8/13/2025 4:08:49 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 8/13/2025 4:08:49 PM | SENT |